cember 30, 1912.) Action by Tomassina Spila, as administratrix, etc., of John Spila, deceased, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs, on the authority of Spila v. New York Cent. & H. R. R. Co., 147 App. Div. 666, 132 N. Y. Supp. 151. See, also, 149 App. Div. 961, 134 N. Y. Supp. 1147.

WOODWARD, J., votes for reversal.

STALLO, Appellant, v. JONES, Respondent. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Edmund K. Stallo against Arthur H. Jones. Rockwood & Haldane, of New York City, for appellant. T. A. McCole, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

STAMATAKIS v. RETSETAKIS. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Stelios Stamatakis against Kostas Retsetakis. No opinion. Application denied, with $10 costs. Order signed.

STANDARD BILL POSTING CO., Respondent, v. CITY OF NEWBURGH et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 27, 1912.) Action by the Standard Bill Posting Company against the City of Newburgh and others. No opinion. Judgment (137 N. Y. Supp. 186) affirmed, with costs.

STATE BANK v. COHEN. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by the State Bank against Jacob Cohen. No opinion. Motion denied, with $10 costs. Order filed. See, also, 137 N. Y. Supp. 1145.

In re STEDMAN. (Supreme Court, Appellate Division, First Department. December 27, 1912.) In the matter of Nina M. Stedman, deceased. No opinion. Decree and order affirmed, with costs. Order filed.

STEINMAN v. CONLON. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by Benjamin Steinman against Eva K. Conlon. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 138 N. Y. Supp. 1144.

STEINMAN et al., Respondents, v. CONLON, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1912.) In the matter of Benjamin Steinman and another against Eva K. Conlon. B. Rembaugh, of New York City, for appellant. D. Steckler, of New York City, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed. See, also, 150 App. Div. 708, 135 N. Y. Supp. 740; 138 N. Y. Supp. 1144.

STEM, Respondent, v. OWENS, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1912.) Action by John D. Stem against Benjamin V. W. Owens. PER CURIAM. Motion for reargument denied, without costs. The judgment was affirmed, because the evidence relating to the assignment of the claim upon the stock subscription was improperly received, as the assignment was made after the commencement of the action. See, also, 137 N. Y. Supp. 1145; 138 N. Y. Supp. 1144.

STEM, Respondent, v. OWENS, Appellant. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Action by John D. Stem against Benjamin V. W. Owens. No opinion. Motion granted, without costs. See, also, 138 N. Y. Supp. 1144.

STEVENS v. COOLIDGE et al. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Appeal from Special Term, New York County. Action by Emily C. Stevens against Henry Coolidge and others. From a judgment for plaintiff, defendants appeal. Affirmed. F. L. Crocker and J. C. Myers, of New York City, for appellants. G. D. Lamb, of New York City, for respondent.

PER CURIAM. Judgment affirmed with costs.

INGRAHAM, P. J. I dissent, on the ground that no lien on the Stock Exchange seat was established, and that, considering the nature of a Stock Exchange seat, there was no property to which a lien could attach.

STEWART IRON WORKS CO., Respondent, v. OCEAN VIEW CEMETERY et al., Appellants. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by the Stewart Iron Works Company against the Ocean View Cemetery and others. W. G. Morse, of New York City, for appellants. H. H. Gibbs, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STODDARD, Appellant, v. SYRACUSE LIGHTING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 27, 1912.) Action by Helen Stoddard against the Syracuse Lighting Company. No opinion. Judgment affirmed, with costs.